## CARPENTER v. McKINNEY

[368 N.C. 349 (2015)]

| | | |
|---|---|---|
| ROBERT CARPENTER AND TAMMY CARPENTER, INDIVIDUALLY AND TAMMY CARPENTER AS ADMINISTRATOR OF THE ESTATE OF MONIQUE L. CARPENTER<br><br>v.<br><br>WILLIE McKINNEY, INDIVIDUALLY AND JOINTLY AND SEVERALLY WITH WINDHAM HEATING AND AIR CONDITIONING, INC., INDIVIDUALLY AND JOINTLY AND SEVERALLY WITH OLD REPUBLIC HOME PROTECTION COMPANY, INC., INDIVIDUALLY AND JOINTLY AND SEVERALLY WITH PAUL EDWARD WINDHAM, INDIVIDUALLY AND D/B/A WINDHAM HEATING & AIR | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | From Guilford County |

No. 266PA14

## ORDER

After carefully reviewing all filings in this matter, the Court determines that the petition for writ of certiorari was improvidently allowed. Accordingly, it is ordered that the appeal is dismissed.

By Order of this Court, this 24th day of September, 2015.

s/Ervin, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 24th day of September, 2015.

CHRISTIE S. CAMERON ROEDER
Clerk of the Supreme Court

s/M.C. Hackney
Assistant Clerk